# ELECTRONIC RECORD

064-15
065-15
066-15
067-15

COA # 01-13-00408-CR          OFFENSE: 42.09 (Cruelty to Animals)

STYLE: Wydell Dixon v. The State of Texas    COUNTY: Galveston

COA DISPOSITION: AFFIRM                TRIAL COURT: 56th District Court

DATE: 12/16/2014          Publish: YES    TC CASE #:    12CR0748

## IN THE COURT OF CRIMINAL APPEALS

064-15
065-15
066-15
067-15

STYLE:   Wydell Dixon v. The State of Texas      CCA #: _____

_____APPELLANT'S_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____                JUDGE: _____

DATE: _04/29/2015_          SIGNED: _____    PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____    DNP: _____

-----------------------------

_____APPELLANT'S_____ MOTION FOR

REHEARING IN CCA IS: _denied_

JUDGE: _PC    June 17, 2015_

## ELECTRONIC RECORD